IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES L. GLOVER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DANIEL OUTLAW, Police Commissioner** | : | |
| **Agency Head and OFFICER OLEYN** | : | |
| **And Other Officers Involved** | : | **NO. 23-2057** |

## ORDER

**NOW**, this 1st day of December, 2023, upon consideration of the plaintiff's Motion for Extension of Time to Amend Complaint (Doc No. 9), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Plaintiff shall file an amended complaint, if any, no later than **December 12, 2023**.

2. If plaintiff fails to file an amended complaint, the action will be dismissed.

_____
TIMOTHY J. SAVAGE, J.